**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 11 EM 2024

                Respondent     :

                       :

                v.           :

                       :

GRANT A. BARBOUR,           :

                Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of June, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 30 days.